IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 3:23-cr-16 |
| HARRY MILLER | |

ARRAIGNMENT PLEA

Defendant, HARRY MILLER,

being arraigned, pleads ___Guilty___

in open Court this __23rd__ day of

___October___, 2023.

___Harry T. Miller Jr.___
(Defendant's Signature)

_____
(Attorney for Defendant)