IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 3:23-cr-16 |
| CRAIG ZAHRADNIK | |

## ARRAIGNMENT PLEA

Defendant, <u>CRAIG ZAHRADNIK,</u> being arraigned, pleads _Guilty_ in open Court this _7th_ day of _December_, 2023.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)